IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20-CR-04051 |
| | ) | |
| vs. | ) | |
| | ) | |
| DELFINA JANET TORRES-PEREZ, , | ) | |
| RUBY AMARA BLANKENSHIP, | ) | |
| DUSTIN BRADLEY NOBLE, and | ) | |
| CARMELO VALDEZ ROMERO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SEALING INDICTMENT AND WARRANTS**

For cause, it is

ORDERED

That the Indictment and Warrants in this matter are sealed until the arrest of the last defendant.

Dated this 10th day of June, 2020.

_____
KELLY K.E. MAHONEY
Chief Magistrate Judge
Northern District of Iowa