IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>CARMELO VALDEZ ROMERO,<br>Defendant. | NO. 20-CR-4051-LTS-KEM<br><br>**MOTION/REQUEST FOR DETENTION HEARING** |

Defendant, through the undersigned attorney, moves the Court to set a detention hearing and requests US Probation prepare a pretrial services report, and states:

1. Defendant was arrested in the W.D. of Missouri on or about July 1, 2021.

2. Defendant had a Rule 5 hearing in the W.D. of Missouri on July 1, 2021, wherein Defendant waived an Identity Hearing, Preliminary Hearing, and Detention hearing in the W.D. of Missouri.

3. As shown in the Rule 5 documents, Defendant requested a detention hearing in the N.D. of Iowa.

4. On August 11, 2021 Defendant was seen before the Hon. Magistrate Judge Mahoney, wherein the minute entry states that Defendant "waives detention hearing at this time".

5. Defendant was represented by different counsel at the Initial Appearance. Due to conflict of interest withdraws, the undersigned was not appointed until September 14, 2021. Between August 11, 2021 and September 14, 2021 Defendant was effectively without representation and Defendant did not know how to request a detention hearing.

6. Defendant's English is proficient on basic factual and conversational issues but does

require an interpreter for legal matter issues. Following the use of an interpreter on October 21, 2021, Defendant requested a "bond hearing" as he had "not ever been allowed to seek release to work or see family."

7. As no detention hearing has been held, Defendant now requests the Court schedule a detention hearing and requests U.S. Probation prepare a pretrial services report.

WHEREFORE, Defendant requests the above relief.

Respectfully submitted,

By ___*/s/ Jared R. Weber*_____
           Jared R. Weber
           209 First Street NE
           PO Box 412
           Orange City, IA 51041
           (712) 737-3887
           (712) 737-3886-fax
           jared@weberlawiowa.com
           ATTORNEY FOR DEFENDANT

Original Filed
Copy to: Ass't United States Attorney

1.

| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 10/21/21. |
|---|
| By:   ☐ U.S. Mail          ☐ FAX<br>      ☐ Hand Delivered    ☐EDMS<br>      X ECF/Pacer        ☐ Other: Email |
| Signature__/s/ Jared R Weber_____ |