# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARMELO VALDEZ ROMERO, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 20-CR-4051-4-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold  Contract?<br>Contact Information: |

| Date: | 11/3/2021 | Start: | 2:49 p.m. | Adjourn: | 3:44 p.m. | Courtroom: | SC First Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | n/a | | | Telephonic? | No |
| Appearances: | Plaintiff: | AUSA Shawn Wehde | | | | | | | |
| | Defendant: | Jared Weber (defendant appears personally) | | | | | | | |
| | U.S. Probation: | Matthew Sturdevant | | | | | | | |
| | Interpreter: | Ana Reyna | | Language: | Spanish | Certified: | Y | Phone: | Y |

| TYPE OF PROCEEDING: | DETENTION | X | REVOCATION | | PRELMINARY EXAMINATION | |
|---|---|---|---|---|---|---|
| | | | | Contested? Yes | Continued from a previous date? | No |

| | | |
|---|---|---|
| Moving party: | Plaintiff | |
| Motion: Motion for Detention Hearing (docket no. 130) | | |
| Nature of proceedings: | Ruling: | |
| Review of detention or conditions | X | The court finds the Government has demonstrated that there are no conditions/combination of conditions of release that would ensure defendant's appearance and/or the safety of the community. Defendant detained. Order to follow. |
| Review of pre-trial release | | |
| Review of supervised release | | |
| Preliminary examination | | |
| **Witness/Exhibit List is** | Government's Witness: Agent Benjamin Gill: direct (2:54p-3:24p); cross (3:24p-3:32p); redirect (3:32p-3:33p) | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| **Miscellaneous:** | | |

Page 1 of 1