IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, Plaintiff, vs. CARMELO VALDEZ ROMERO, Defendant. | NO. CR20-4051-4-LTS  **DEFENDANT'S OBJECTION JURY SELECTION PROCEDURE** |
|---|---|

Defendant, through counsel, objects to the Court's proposed jury selection procedure as proposed in Doc. 146. Defendant understands the Court's order noted objections to the procedure could be made at the final pretrial conference but wished to formally object prior to trial to provide initial reasons for his objection. Defendant proposes the Court conduct jury selection (execution of strikes) through the "juror strike method" rather than the "serial strike method." Defendant objects to the serial strike method as prejudicing Defendant's right to effectively utilize his ten preemptory strikes. Particularly as related to this matter, Defendant does not speak English, which will complicate his utilization of strikes through a never-before-used-method by his counsel. Additionally, Defendant was previously advised how the traditional juror strike method would work and must now be advised a new method could be used for which his attorney has never conducted. Defendant has informed the undersigned he wants a fair and "constitutional trial" and asserts this change in methodology prejudices those rights.

Defendant also would note the serial strike method will prejudice the Government. Defendant's primary concern is that utilizing a 'new' peremptory strike method will deny him of his fundamental rights to due process, an impartial jury, and a fair cross section of the

community by utilizing a system of strikes that potentially limits his strikes of potentially bias or unfavorable jurors for his trial.

WHEREFORE, Defendant requests the Court decline to utilize this new method of strikes and proceed with the juror strike method of selection.

By    */s/ Jared R. Weber*
Jared R. Weber
209 First Street NE
PO Box 412
Orange City, IA 51041
(712) 737-3887
(712) 737-3886-fax
jared@weberlawiowa.com
ATTORNEY FOR DEFENDANT

Original Filed

Copy to AUSA-Wehde by ECF/PACER

> The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 2/16/22
> By: ☐ U.S. Mail ☐ FAX
>      ☐ Hand Delivered ☐ EDMS
>      X ECF/Pacer ☐ Other: Email
>
> Signature   /s/ Jared R Weber