# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARMELO VALDEZ ROMERO, Defendant. | **HEARING MINUTES**    Sealed: No <br> Case No.: 20-cr-04051-LTS-KEM-4 <br> Presiding Judge: Leonard T. Strand <br> Deputy Clerk: Allison Linafelter <br> Official Court Record: Shelly Semmler   Contract? No <br> Contact Information: SSemmlerReporting@gmail.com |

| Date: | 02/25/2022 | Start: | 8:15AM | Adjourn: | 1:33PM | Courtroom: | Donald E. O'Brien | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 9:00-9:11AM (11 min) <br> 9:58-1:23PM (205 min) | | | Time in Chambers: | n/a | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Shawn Wehde | | | | | | | |
| | Defendant(s): | CJA Jared Weber (defendant present) | | | | | | | |
| | US Probation: | n/a | | | | | | | |
| | Interpreter: | Patricia Hillock | | | Language: | Spanish | Certified: Yes | Telephone: | No |
| **TYPE OF PROCEEDING:** | | | IS THE HEARING | Contested? | Yes | Continued from a previous date? | | | No |
| **TRIAL:** | Jury: X | Non-jury: | | Day: | 4 | | | | |

| | | | |
|---|---|---|---|
| | Motion(s): | Defense renewed Rule 29 motion (will file a written motion) | Ruling: Court reserves ruling until after written briefing |
| | Time: | Event: | |
| | 8:15-9:00AM | Court opens with all parties present. Jury enters. Court advises jury of its 801(D)(2)(e) ruling and that the relevant testimony is in evidence. P closing argument. Jury exits. Recess. | |
| | 9:11-9:58AM | Court opens with all parties present. Jury enters. D closing argument. P rebuttal argument. Court excuses alternate juror. Court reads final jury instructions 14-15. Court advises jury of the JERS system, physical evidence, and explains the jury question procedure. Jury sent to deliberate. Recess. | |
| | 1:23-1:33PM | Court opens with all parties present. Jury enters. Court reads verdict. Court confirms with individual jurors their verdict. Court excuses and discharges jury. Jury exits. Defense renews Rule 29 motion. Defendant remanded to marshal custody. Court advises defendant of his appeal right. PSIR ordered. Court adjourns. | |
| | **Verdict:** | Not guilty on count 1; Guilty on count 4 (50 grams or more of pure methamphetamine) | |
| | **Witness/Exhibit List is** | Attached | |
| | **Miscellaneous:** | Judge orders lunch be provided to the jury during deliberations | |