# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARMELO VALDEZ ROMERO, Defendant. Trial Dates: 02-22-2022 to 02-25-2022 | **WITNESS & EXHIBIT LIST** Case No. 20-cr-04051-LTS-KEM-4 Presiding Judge Leonard T. Strand Deputy Clerk Allison Linafelter Court Reporter Shelly Semmler Plaintiff's Attorney AUSA Shawn Wehde Defendant's Attorney CJA Jared Weber |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Ben Gill | 02/22/2022 | 3:50PM | 02/23/2022 | 11:45AM |
| 2 | Nathan Ewalt | 02/23/2022 | 11:46AM | 02/23/2022 | 11:59AM |
| 3 | Chris Nissen | 02/23/2022 | 12:00PM | 02/23/2022 | 12:22PM |
| 5 | Joshua Hogue | 02/23/2022 | 12:49PM | 02/23/2022 | 1:03PM |
| 6 | Chad Schmitt | 02/23/2022 | 1:04PM | 02/23/2022 | 1:35PM |
| 7 | Ruby Blankenship | 02/23/2022 | 1:36PM | 02/24/2022 | 9:19AM |
| 8 | Dustin Noble | 02/24/2022 | 9:19AM | 02/24/2022 | 10:31AM |
| 9 | Jared Wolthuis | 02/24/2022 | 11:02AM | 02/24/2022 | 12:12PM |
| 10 | Meghan Renken | 02/24/2022 | 12:13PM | 02/24/2022 | 1:22PM |
| 11 | William Hageman | 02/24/2022 | 1:23PM | 02/24/2022 | 1:56PM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |

*Exhibit Receipted to Task Force Officer
**A=Admitted; APT=Admitted at Pre-Trial; RSO=Received Subject to Objection; OS=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1A | Methamphetamine 3/17/20 buy | 02/22/2022 | APT |
| 1B | DEA Laboratory Report | 02/22/2022 | APT |
| 1C | Photograph of 1A | 02/22/2022 | APT |
| 1D | Photograph of 1A/scale | 02/22/2022 | APT |
| 2A | Methamphetamine 3/17/20 W/R stop | 02/22/2022 | APT |
| 2B | DEA Laboratory Report | 02/22/2022 | APT |
| 2C | Photograph of 2A | 02/22/2022 | APT |
| 2D | Photograph of 2A/scale | 02/22/2022 | APT |
| 3A | Methamphetamine 3/17/20 TP/defendant stop | 02/22/2022 | APT |
| 3B | DEA Laboratory Report | 02/22/2022 | APT |
| 3C | Photograph of 3A | 02/22/2022 | APT |
| 3D | Photograph of 3A/scale | 02/22/2022 | APT |
| 4A | Methamphetamine (1) 3/17/20 SW | 02/22/2022 | APT |
| 4B | Methamphetamine (2) 3/17/20 SW | 02/22/2022 | APT |
| 4C | Methamphetamine (3) 3/17/20 SW | 02/22/2022 | APT |
| 4D | DEA Laboratory Report | 02/22/2022 | APT |

| | | | |
|---|---|---|---|
| 4E | Photograph of 4A-4C | 02/22/2022 | APT |
| 4F | Photograph of 4A-4C/scale | 02/22/2022 | APT |
| 101 | Photograph of 3/17/20 house (Blankenship) | 02/22/2022 | APT |
| 102 | Photograph of 3/17/20 house close (Blankenship) | 02/22/2022 | APT |
| 103 | Photograph of 3/17/20 house side (Blankenship) | 02/22/2022 | APT |
| 104 | Photograph of 3/17/20 backyard (Blankenship) | 02/22/2022 | APT |
| 105 | Photograph of 3/17/20 backyard side (Blankenship) | 02/22/2022 | APT |
| 106 | Photograph of 3/17/20 side yard (Blankenship) | 02/22/2022 | APT |
| 107 | Photograph of 3/17/20 barn (Blankenship) | 02/22/2022 | APT |
| 108 | Photograph of 3/17/20 grain bin (Blankenship) | 02/22/2022 | APT |
| 109 | Photograph of 3/17/20 side shed (Blankenship) | 02/22/2022 | APT |
| 110 | Photograph of 3/17/20 front shed (Blankenship) | 02/22/2022 | APT |
| 111 | Photograph of 3/17/20 inside shed (Blankenship) | 02/22/2022 | APT |
| 112 | Photograph of 3/17/20 4-wheeler shed (Blankenship) | 02/22/2022 | APT |
| 113 | Photograph of 3/17/20 CAT shed (Blankenship) | 02/22/2022 | APT |
| 114 | Photograph of 3/17/20 boards shed (Blankenship) | 02/22/2022 | APT |
| 115 | Photograph of 3/17/20 front CAT shed (Blankenship) | 02/22/2022 | APT |
| 116 | Photograph of 3/17/20 bucket (Blankenship) | 02/22/2022 | APT |
| 117 | Photograph of 3/17/20 bucket contents (Blankenship) | 02/22/2022 | APT |
| 118 | Photograph of 3/17/20 bucket packaging (Blankenship) | 02/22/2022 | APT |
| 119 | Photograph of 3/17/20 bucket packaging closeup (Blankenship) | 02/22/2022 | APT |
| 120 | Photograph of 3/17/20 bucket duct tape (Blankenship) | 02/22/2022 | APT |
| 121 | Photograph of 3/17/20 empty bucket (Blankenship) | 02/22/2022 | APT |
| 122 | Photograph of 3/17/20 empty cooler (Blankenship) | 02/22/2022 | APT |
| 123 | Photograph of 3/17/20 empty bucket and baggie (Blankenship) | 02/22/2022 | APT |
| 124 | Photograph of 3/17/20 safe (Blankenship) | 02/22/2022 | APT |
| 125 | Photograph of 3/17/20 safe closeup (Blankenship) | 02/22/2022 | APT |
| 126 | Photograph of 3/17/20 safe open (Blankenship) | 02/22/2022 | APT |
| 127 | Photograph of 3/17/20 safe contents (Blankenship) | 02/22/2022 | APT |
| 128 | Photograph of 3/17/20 packaging (Blankenship) | 02/22/2022 | APT |
| 129 | Photograph of 3/17/20 Ford (Blankenship) | 02/22/2022 | APT |
| 130 | Photograph of 3/17/20 Cadillac (Blankenship) | 02/22/2022 | APT |
| 131 | Photograph of 3/17/20 Outlander (Blankenship) | 02/22/2022 | APT |
| 132 | Photograph of 3/17/20 Outlander rear (Blankenship) | 02/22/2022 | APT |
| 133 | Photograph of 3/17/20 Outlander side (Blankenship) | 02/22/2022 | APT |
| 134 | Photograph of 3/17/20 Outlander front (Blankenship) | 02/22/2022 | APT |
| 135 | Photograph of 3/17/20 Outlander inside (Blankenship) | 02/22/2022 | APT |
| 136 | Photograph of 3/17/20 Coach purse | 02/22/2022 | APT |
| 151 | Photograph of 3/17/20 Blazer plate (Wolthuis) | 02/22/2022 | APT |
| 152 | Photograph of 3/17/20 food saver (Wolthuis) | 02/22/2022 | APT |
| 153 | Photograph of 3/17/20 drugs in box (Wolthuis) | 02/22/2022 | APT |
| 154 | Photograph of 3/17/20 baggie (Wolthuis) | 02/22/2022 | APT |
| 155 | Photograph of 3/17/20 baggie duct tape (Wolthuis) | 02/22/2022 | APT |
| 156 | Photograph of 3/17/20 baggie white (Wolthuis) | 02/22/2022 | APT |
| 157 | Photograph of 3/17/20 food saver machine (Wolthuis) | 02/22/2022 | APT |
| 158 | Photograph of 3/17/20 Blazer passenger (Wolthuis) | 02/22/2022 | APT |
| 159 | Photograph of 3/17/20 Blazer glovebox (Wolthuis) | 02/22/2022 | APT |
| 160 | Photograph of 3/17/20 Blazer passenger floorboard (Wolthuis) | 02/22/2022 | APT |
| 161 | Photograph of 3/17/20 Blazer compartment (Wolthuis) | 02/22/2022 | APT |
| 162 | Photograph of 3/17/20 Blazer package (Wolthuis) | 02/22/2022 | APT |
| 171 | Photograph 3/17/20 Outlander (Romero) | 02/22/2022 | APT |

| 172 | Photograph 3/17/20 Outlander orange case (Romero) | 02/22/2022 | APT |
| 173 | Photograph 3/17/20 Outlander orange lid (Romero) | 02/22/2022 | APT |
| 174 | Photograph 3/17/20 Outlander orange case open (Romero) | 02/22/2022 | APT |
| 175 | Photograph 3/17/20 Outlander orange contents (Romero) | 02/22/2022 | APT |
| 176 | Photograph 3/17/20 Outlander defendant mail (Romero) | 02/22/2022 | APT |
| 177 | Photograph 3/17/20 Outlander defendant expreso mail (Romero) | 02/22/2022 | APT |
| 181 | Photograph 3/17/20 buy money inc/not used | 02/22/2022 | APT |
| 182 | Photograph 3/17/20 buy money inc/received | 02/22/2022 | APT |
| 183 | Photograph 3/17/20 buy money received | 02/22/2022 | APT |
| 201 | Ring Door Bell video – start 11:22 | 02/22/2022 | APT |
| 202 | Ring Door Bell video – start 12:25 | 02/22/2022 | APT |
| 203 | Ring Door Bell video – start 12:35 | 02/22/2022 | APT |
| 204 | Ring Door Bell video – start 12:43 | 02/22/2022 | APT |
| 205 | Ring Door Bell video – start 12:55 | 02/22/2022 | APT |
| 206 | Ring Door Bell video – start 13:14 | 02/22/2022 | APT |
| 207 | Ring Door Bell video – start 13:20-13:25 | 02/22/2022 | APT |
| 208 | Ring Door Bell video – start 13:42 | 02/22/2022 | APT |
| 209 | Ring Door Bell video – start 14:22 | 02/22/2022 | APT |
| 210 | Ring Door Bell video – start 14:24 | 02/22/2022 | APT |
| 211 | Ring Door Bell video – start 14:27 | 02/22/2022 | APT |
| 212 | Ring Door Bell video – start 14:34 | 02/22/2022 | APT |
| 213 | Ring Door Bell video – start 14:43 | 02/22/2022 | APT |
| 214 | Ring Door Bell video – start 15:03 | 02/22/2022 | APT |
| 215 | Ring Door Bell video – start 15:08 | 02/22/2022 | APT |
| 216 | Ring Door Bell video – start 15:29 | 02/22/2022 | APT |
| 217 | Ring Door Bell video – start 15:46 | 02/22/2022 | APT |
| 218 | Ring Door Bell video – start 15:57 | 02/22/2022 | APT |
| 219 | Ring Door Bell video – start 16:03 | 02/22/2022 | APT |
| 220 | Ring Door Bell video – start 16:12-16:15 | 02/22/2022 | APT |
| 221 | Ring Door Bell video – start 16:18 | 02/22/2022 | APT |
| 222 | Ring Door Bell video – start 16:21 | 02/22/2022 | APT |
| 223 | Ring Door Bell video – start 16:24 | 02/22/2022 | APT |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | Photo of seized methamphetamine (Wolthuis) | 02/22/2022 | APT |
| B | Photo of inside of Outlander | 02/22/2022 | APT |
| C | Photo of inside of Outlander | 02/22/2022 | APT |
| D | Photo in parking lot | 02/22/2022 | APT |
| E | Photo in parking lot | 02/22/2022 | APT |
| F | Photo in parking lot | 02/22/2022 | APT |
| G | Audio Translation of Defendant, interpreter, and Agent (portion) | 02/23/2022 | A |