## Chemical Analysis Report

Sioux City Resident Office
2600 Voyager Avenue
Sioux City, IA 51111

**Case Number:** K3-20-0026
**LIMS Number:** 2020-SFL5-02230

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 2 | Methamphetamine Hydrochloride | 443.8 g ± 0.2 g | 98% ± 6% | 434.9 g ± 26.8 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/24/2020       **Gross Weight:** 486.8 g       **Date Received by Examiner:** 06/19/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 2 | 1 | Plastic Bag | Crystalline | 443.5 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 2 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 2 | NCL-MEM-GCQ1 / Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Government**
**Exhibit**
**1B**
**Case**
**CR20-4051-LTS**
**Valdez Romero trial**

**Analyzed By:** /S/ Delana R. Brundage-Edwards, Forensic Chemist       **Date:** 06/24/2020
**Approved By:** /S/ Marsha A. Collins, Supervisory Chemist       **Date:** 06/25/2020



**Government
Exhibit
1C**
Case
CR20-4051-LTS
Valdez Romero trial



## Chemical Analysis Report

Sioux City Resident Office
2600 Voyager Avenue
Sioux City, IA 51111

**Case Number:** K3-20-0026
**LIMS Number:** 2020-SFL5-02231

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 3 | Methamphetamine Hydrochloride | 1331.8 g ± 0.7 g | 100% ± 6% | 1331.8 g ± 80.6 g |

**Remarks:**

The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/24/2020        **Gross Weight:** 1524 g        **Date Received by Examiner:** 11/24/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 3 | 3 | Multilayered Packaging | Crystalline | 1331.3 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Methamphetamine confirmed in 3 units tested of 3 units received. A composite was formed from 3 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 3 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Sodium Nitroprusside Color Test |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 3 | DEA103L / Gas Chromatography |

**Government
Exhibit
2B**
Case
CR20-4051-LTS
Valdez Romero trial

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Brianna C. McCarthy, Senior Forensic Chemist        **Date:** 12/15/2020
**Approved By:** /S/ Sally F. Ho, Senior Forensic Chemist        **Date:** 12/16/2020



Government
Exhibit
2C
Case
CR20-4051-LTS
Valdez Romero trial



## Chemical Analysis Report

**Case Number:** K3-20-0026

**LIMS Number:** 2020-SFL5-02232

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 4 | Methamphetamine Hydrochloride | 439.7 g ± 0.2 g | 99% ± 6% | 435.3 g ± 26.6 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/24/2020    **Gross Weight:** 477.4 g    **Date Received by Examiner:** 08/03/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 4 | 1 | Ziplock Plastic Bag | Crystalline | 439.3 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 4 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test, Sodium Nitroprusside Color Test |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 4 | NCL-MEM-GCQ1 / Gas Chromatography |

**Government Exhibit**

**3B**

**Case**

**CR20-4051-LTS**

**Valdez Romero trial**

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Ticia M. Eccardt, Senior Forensic Chemist    **Date:** 08/05/2020

**Approved By:** /S/ Dorothy C. Horton, Forensic Chemist    **Date:** 08/05/2020



**Government
Exhibit
3C**

Case
CR20-4051-LTS
Valdez Romero trial



## Chemical Analysis Report

Sioux City Resident Office
2600 Voyager Avenue
Sioux City, IA 51111

**Case Number:** K3-20-0026
**LIMS Number:** 2020-SFL5-02233

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|-----------------------|
| 5 | Methamphetamine Hydrochloride | 6637 g ± 4 g | 100% ± 6% | 6637 g ± 402 g |

**Remarks:**

The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/24/2020   **Gross Weight:** 7162 g   **Date Received by Examiner:** 12/11/2020

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 5 | 15 | Multilayered Packaging | Crystalline | 6636 g |

**Remarks:**
4412 grams held for destruction pending written notification.

### Exhibit Analysis:

**Sampling:**

Methamphetamine confirmed in 12 units tested of 15 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance. A composite was formed from 15 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 5 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Sodium Nitroprusside Color Test |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 5 | DEA103L / Gas Chromatography |

**Government Exhibit**
**4D**
Case
**CR20-4051-LTS**
**Valdez Romero trial**

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Brianna C. McCarthy, Senior Forensic Chemist   **Date:** 12/23/2020
**Approved By:** /S/ Nicole K. Burns, Senior Forensic Chemist   **Date:** 12/29/2020



Government
Exhibit
4E
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
4F
Case
CR20-4051-LTS
Valdez Romero trial



**Government Exhibit 101**

Case CR20-4051-LTS

Valdez Romero trial



Government
Exhibit
102
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
103
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
104**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
105
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
106**
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
107**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
108
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
109
Case
CR20-4051-LTS
Valdez Romero trial



**Government Exhibit 110**
Case CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
111
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
112
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
113
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
114
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
115**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
116
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
117
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
118
Case
CR20-4051-LTS
Valdez Romero trial



**Government Exhibit 119**

Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
120
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
121
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
122**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
123
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
124
Case
CR20-4051-LTS
Valdez Romero trial



**Government Exhibit**

**125**

**Case CR20-4051-LTS**

**Valdez Romero trial**



**Government
Exhibit
126**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
127
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
128
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
129
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
130**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
131
Case
CR20-4051-LTS
Valdez Romero trial



**Government
Exhibit
132**
Case
CR20-4051-LTS
Valdez Romero trial



Government
Exhibit
133
Case
CR20-4051-LTS
Valdez Romero trial