

**Government Exhibit 181**
Case
**CR20-4051-LTS**
**Valdez Romero trial**

























**Government Exhibit 182**
Case CR20-4051-LTS
Valdez Romero trial









5


















**Government
Exhibit
183**
Case
CR20-4051-LTS
Valdez Romero trial