









DEFENDANT'S EXHIBIT
E
20-4051



*Transcription and translation Carmelo Valdez Romero, 20-CR-4051-LTA-KEM, p. 1*
*Transcribed & translated by Piet J. Koene, FCCI, February 12, 2022*

Legend

M: male voice
V: Carmelo Valdez Romero
?: unidentifiable voice
I: interpreter

Column 1: Numbering
Column 2: Identification of speaker and time stamp
Column 3: Transcription of recording
Column 4: Translation of Spanish into English
[1-2w] 1-2 words / phrase unintelligible
[ ] transcriber-translator notes
xx / xx multiple possible meanings (e.g., Spanish is non-specific)

| # | | | |
|---|---|---|---|
| 1. | | | |
| 2. | 11:57 | [beginning of requested portion] | |
| 3. | M | What happens uh when you get up to the farm when Janet gets back from California | |
| 4. | I | Uh, ¿qué pasó cuando Janet regresó de California en el en la granja? | Uh, what happened when Janet returned from California on the on the farm? |
| 5. | V | Este, ella me llamó, que fuera allá a ayudarle a a poner todo de regreso lo lo que le había desarmado, es que ella me dijo pues la había parado un policía en Colorado, que le había desarmado el carro | Um, she called me, for me to go there to help her put back everything what what had been taken apart, it's that she said to me that a police officer had stopped her in Colorado, that he had taken apart the car |
| 6. | I | Uh, she called him to come down so he so he could uh help her put the stuff back together when they got caught pulled over, and they took everything apart, for that | |
| 7. | 12:32 | [end of requested portion] | |
| 8. | | | |
| 9. | 13:06 | [beginning of requested portion] | |
| 10. | M | Did you drive the vehicle into the barn? | |
| 11. | I | ¿Y usted manejó el vehículo para adentro donde estaba parqueado? | And you drove the vehicle inside where it was parked? |
| 12. | V | No, yo/ya estaba allí adentro | No, I was there inside / No, it was already there inside [the difference between "I" and "it" is the difference between the "o" sound and the "a" sound; depending on the speaker used, it can be heard either way] |
| 13. | I | No, it was already in there | |
| 14. | 13:14 | [end of requested portion] | |
| 15. | | | |
| 16. | 13:45 | [beginning of requested portion] | |
| 17. | M | Carmelo, I know you are lying to me | |
| 18. | I | Uh, dice que dice que sabe que le estás mintiendo | Uh, he says that he says that he knows that you are lying to him |
| 19. | V | ¿Por qué? | Why? |



DEFENDANT'S EXHIBIT
G
20-4051

| 20. | M | This video, I watched you, I watched you get into that rental car, you drive it into the garage | |
|---|---|---|---|
| 21. | I | Dice que vio video de que usted manejó el carro adentro donde estaba parqueado | He says he saw video that you drove the car inside where it was parked |
| 22. | ? | Que / ¿Qué? | What / What? |
| 23. | ? | [1-2 w, two overlapping voices] | |
| 24. | M | Honesty and truthfulness is the best policy here | |
| 25. | I | Que, que la honestidad y y la | That, that honesty and and the |
| 26. | V | O sea, o sea, pero, o sí pero [1-2w] o, ¿qué? | Meaning, meaning, but, or yes but [1-2w] or, what? |
| 27. | M | I know what went on in that garage | |
| 28. | I | Dice que sabe lo que pasó en ese "garage" [English pronunciation for garage] | He says that he knows what happened in that "garage" [English pronunciation for garage] |
| 29. | V | Yo, no, yo, la, cuando, o sea, yo, yo metí el vehículo, sí [2-3w], sí yo lo agarré, cuando yo llegué lo vi que estaba todo desa- desarmado allí adentro, cuando yo metí el el el vehículo, yo este yo empecé a a armarlo allá, allá adentro | I, no, I, it/the, when, meaning, I, I put the vehicle inside, yes [2-3w], yes I grabbed it, when I arrived I saw it that it was completely tak- taken apart there inside, when I put the the the vehicle inside, I um I started to to put it back together there, there inside |
| 30. | I | He said he remembers now, he did drive the vehicle in, and when he parked it inside, that's when he started fixing all the seats and the stuff that was taken apart | |
| 31. | | [end of requested portion] | |
| 32. | | | |

Equipment used:

Hardware: Acer computer, Infinity foot pedal

Software: VLC Media Player, Audacity, Express Scribe Pro, MS Word

Speakers: Computer speakers, Dewalt speakers, Acer monitor speakers, Xiberia headsets, Sony surround sound speaker system