## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARMELO VALDEZ ROMERO, <br><br> Defendant. | NO. CR20-4051-LTS-KEM <br><br><br> **RENEWED MOTION FOR JUDGMENT OF ACQUITTAL** |

Defendant, through the undersigned attorney, and pursuant to Fed. R. Crim. P. 29, moves the court to grant a judgment of acquittal for the following reasons:

1.      The Court erred in denying the Defendant's motion and renewed motion for judgment of acquittal made at the close of the Government's evidence and at the close of Defendant's evidence.

2.      The Defendant was found guilty of Count 4-Possession with intent to distribute methamphetamine on March 17, 2020, or aiding and abetting the same, by jury verdict after the denial of Defendant's Rule 29 motion.

3.       The verdict is contrary to the weight of the evidence, especially in light of the jury's acquittal on Count 1-Conspiracy to Distribute methamphetamine. There was insufficient evidence to find the defendant guilty of Count 4.

4.      The verdict is not supported by substantial evidence. The verdict is contrary to the weight of the evidence and is therefore insufficient and the verdict should not be sustained. A conviction here would result in a miscarriage of justice. Defendant is entitled to a judgment of acquittal.

WHEREFORE, Defendant respectfully requests that pursuant to Rules 29 that the Court grant Defendant's request for a judgment of acquittal.

Respectfully Submitted,

By        */s/ Jared R Weber*
           Jared R. Weber, #23890
           ICIS #: AT0009177
           PO Box 412
           Orange City, IA 51041
           (712) 737-3887
           (712) 737-3886-fax
           jared@weberlawiowa.com
           ATTORNEY FOR DEFENDANT

Original filed.
Copy: AUSA-Wehde

| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 4/8/22. |
|---|
| By:  ☐ U.S. Mail          ☐ FAX<br>      ☐ Hand Delivered  ☐ EDMS<br>      X CM/ECF         ☐ Other: Email<br><br>Signature__ /s/ Jared R Weber_____ |