IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR20-4051-LTS |
| vs. | ) | |
| CARMELO VALDEZ ROMERO, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESISTANCE TO DEFENDANT'S MOTION
FOR JUDGMENT OF ACQUITTAL**

COMES NOW, the United States of America and files its resistance to defendant's motion for judgment of acquittal. The government's memorandum in support thereof is attached hereto.

1. On February 25, 2022, defendant was found guilty by jury verdict of possession with intent to distribute 50 grams or more of actual/pure methamphetamine (Count 4). The jury acquitted defendant on Count 1.

2. The government asserts the district court should deny defendant's motion for judgment of acquittal based on the overall trial record as supported by the government's memorandum attached hereto.

3. The verdict is well supported by the evidence, the district court committed no errors in the administration of the trial, including various rulings on the admissibility of certain evidence and defendant's conviction was not the result of any miscarriage of justice.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By, s/*Shawn S. Wehde*

SHAWN S. WEHDE
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (Fax)
Shawn.Wehde@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Shawn S. Wehde